## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICIA FALCON, wife of/and** | * | |
| **HENRY FALCON** | * | |
|         **Plaintiffs** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **CHEVRON U.S.A., Inc. f/k/a GULF OIL** | * | |
| **CORPORATION, and MECOM OIL LLC** | * | |
|         **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORIGINAL COMPLAINT AND JURY DEMAND

Plaintiffs, Henry Falcon and Patricia Falcon, through their attorneys, file this Complaint as follows:

## PARTIES

### 1.

Plaintiffs, Henry Falcon and Patricia Falcon, are persons of the full age of majority and domiciled in Waveland, Mississippi. Plaintiffs have been married since 1963.

### 2.

Made Defendants herein are the following:

A. Chevron U.S.A., Inc. f/k/a Gulf Oil Corporation ("Gulf Oil") a foreign corporation, which maintains its principal place of business in California.

B. Mecom Oil, LLC ("Mecom"), is a foreign corporation which maintains its principal place of business in Texas.

1

## JURISDICTION AND VENUE

**3.**

This Court has jurisdiction under 28 U.S.C. 1332 in that there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

**4.**

This Court has personal jurisdiction over the named Defendants, all of whom did business at relevant times in this district.

**5.**

Venue is proper in this district under 28 U.S.C. 1391(b)(1) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## EMPLOYMENT BACKGROUND

## CHEVRON U.S.A., INC. F/K/A GULF OIL CORPORATION

**6.**

Plaintiff, Henry Falcon, worked for Gulf Oil at its warehouse in Gretna, Louisiana for approximately one year, from 1959 to 1960. During this employment, Mr. Falcon's job duties consisted of loading gasoline from ships to trucks and doing work in a warehouse containing oil and diesel fuel.

**7.**

The gasoline, oil, and diesel fuel that Mr. Falcon worked with and around at the Gulf Oil facility in Gretna, Louisiana contained benzene, a chemical that, when inhaled over a sufficient period of time, causes certain types of cancers, including myelodysplastic syndrome (MDS). Gulf

Oil knew or should have known of the benzene exposure hazards to Mr. Falcon but failed to protect him as set forth in paragraph 11.

**8.**

Gulf Oil was acquired by Chevron Oil Company in 1985 and Defendant, Chevron, assumed all of Gulf Oil's liabilities alleged in this lawsuit.

**MECOM OIL, LLC**

**9.**

Plaintiff, Henry Falcon, worked during the years 1968 through 1970 as a derrick hand on an oil drilling barge operating in inland waterways (within three miles of the shoreline).

**10.**

During Mr. Falcon's jobs as a derrick hand on barges owned by Mecom, Plaintiff was exposed on a regular basis to crude oil, drilling mud and other chemicals that contained benzene. Mecom Oil, LLC knew or should have known of the benzene exposure hazards to Mr. Falcon but failed to protect him as set forth in paragraph 11.

## CAUSES OF ACTION
## NEGLIGENCE AND INTENTIONAL MISCONDUCT

**11.**

The Defendants, Chevron USA, Inc. and Mecom Oil, LLC, were negligent as employers of Plaintiff in failing to adequately warn and protect him from the adverse effects of benzene exposure during the years of employment, and for the following:

a. Breach of a legally imposed duty of reasonable care owned by the Defendants to the Plaintiff;

b. Failing to provide Plaintiff with a safe place to work; to-wit, allowing dangerous benzene to be present without providing adequate protection such as air-supplied respirators or other such equipment;

c. Failing to warn Plaintiff of health hazards that were known, or should have been known;

d. Exposing Plaintiff to benzene when such was a known health hazard;

e. Failing to monitor and supervise Plaintiff to ensure the safe use and handling of benzene containing products;

f. And all other acts of misconduct as may be discovered and will be shown at the trial of this matter.

## CAUSATION

### 20.

As a result of Mr. Falcon's exposure and inhalation of benzene while working for all of Defendants, Chevron U.S.A., Inc. f/k/a Gulf Oil Corporation and Mecom Oil, LLC, Plaintiff contracted myelodysplastic syndrome, a type of blood cancer caused by his exposures to benzene.

## DAMAGES

### 21.

Plaintiffs, Henry and Patricia Falcon, demand recovery of and from all of the Defendants herein for damages of:

a. Past and future lost wages and fringe benefits;

b. Past and future medical expenses;

c. Past and future pain, suffering and mental anguish;

d. Loss of enjoyment of life;

4

e.  Loss of consortium.

f.  All of the Defendants are jointly, severally and *in solido* liable for the injuries herein.

## JURY DEMAND

**22.**

Plaintiffs respectfully demand a trial by jury of all claims that are so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants herein, Chevron U.S.A., Inc. f/k/a Gulf Oil Corporation, and Mecom Oil, LLC, for compensatory damages, together with interest, cost of suit, and all such other relief as the Court deems just and proper.

Respectfully submitted,

**GERTLER LAW FIRM**

/s/ M. H. GERTLER
M. H. Gertler, Esq. (#06036)
Louis L. Gertler, Esq. (#23091)
Helen H. Babin, Esq. (#22730)
935 Gravier Street, Suite 1900
New Orleans, LA 70112
(504) 581-6411
mhgertler@gertlerfirm.com
lgertler@gertlerfirm.com
hbabin@gertlerfirm.com

**EDWARD A. SHAMIS, JR. & ASSOCIATES**
Edward A. Shamis, Jr. (#11966)
486 Brownswitch Road
Slidell, LA 70458
(504) 985-641-5570
Fax: (985) 643-2170
eshamisjr@aol.com

*Attorneys for Plaintiffs*